# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SIS International Trade, Inc.,** *et al.*  <br>  **Plaintiffs,**  <br>  v.  <br>  **Scudder Realty, LLC**  <br>  **Defendant.** | **CIVIL ACTION NO. 23-2193** |

## ORDER

**AND NOW,** this 20th day of March 2024, upon consideration of Defendant's Motion to Dismiss [Doc. No. 11] and the responses and replies thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**